UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIKAMAB, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF ALABAMA, BIRMINGHAM, et al.,<br><br>       Defendants. | Case No. 16-cv-02370-JSW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADMONISHING PARTIES**<br><br>Re: Dkt. No. 20 |

The Court has received the parties' stipulation to continue the case management conference. The Court finds good cause to grant the stipulation, and it HEREBY CONTINUES the case management conference set for August 5, 2016 to September 23, 2016. The parties' joint case management conference statement shall be due on September 16, 2016.

The Court HEREBY ADMONISHES the parties that, although the Local Rule uses the term "may," when the parties submit a stipulation that seeks relief from this Court, the stipulation should include a proposed order for the Court. If the parties fail to comply with this rule going forward, the Court shall not act on their requests.

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
JEFFREY S. WHITE
United States District Judge